■ SENECA PIPE & PAVING CO., INC., Appellant, v SOUTH SENECA CENTRAL SCHOOL DISTRICT et al., Defendants, and FREDERICO CONSTRUCTION COMPANY, Respondent. (Appeal No. 2.) [923 NYS2d 376]—Appeal from an order of the Supreme Court, Seneca County (David Michael Barry, J.), entered October 23, 2009 in a breach of contract action. The order denied the motion of plaintiff to amend its complaint to add an account stated cause of action and for a new trial on damages.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Seneca Pipe & Paving Co., Inc. v South Seneca Cent. School Dist.* (83 AD3d 1540 [2011]). Present—Smith, J.P., Peradotto, Carni, Sconiers and Green, JJ.